**IndyMac Mortgage Services**, a division of OneWestBank FSB

Home Loan Servicing • P.O. Box 4045 • Kalamazoo, MI 49003-4045

July 30, 2013

CURTIS C. REDING
P. O. BOX 173
MONTGOMERY AL 36101

Re:     Bankruptcy Case: 09-30746
        Debtor's Loan: ~~█████████~~
        Trista A Howell

Enclosed, please find a check recently received from your office for payment on the above referenced Loan Account, which we believe was intended to be applied towards pre-petition arrearages. Our records indicate that the Debtor's Pre-Petition Arrearage has been satisfied as a result of payments and/or a loan modification. We are therefore returning your check for distribution to other Creditors.

Please update your records and stop further payment remittances to our office on the above referenced loan.

If this check was intended to cover post-petition contractual or other amounts due, please resubmit the check with a notation as to the intended purpose of the payment.

If you have questions, please contact our designated representative, Kim Simpson at National Bankruptcy Services by email to ksimpson@nbsdefaultservices.com.

Your prompt attention to this matter is greatly appreciated.

Sincerely,

Cashiering Department
IndyMac Mortgage Servicing
6900 Beatrice Drive, Building B
Kalamazoo, MI  49009

CA100 004 063

**Claim Reduction Request**
Case no. 09-30746
Trustee Cl # 20   Court Cl # 6
Reduced to ~~AMOUNT PAID~~ BALANCE $0.00
Date: 8/7/13   By P